FILED: June 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1453
(15-0171 BLA)
(15-0173 BLA)

_____

ISLAND CREEK COAL COMPANY

       Petitioner

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; PEGGY A. CONLEY, widow of, and on behalf of, the Estate of Donald D. Conley

       Respondents

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 06/24/2016

Opening brief due: 06/24/2016

Response brief due: 07/25/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk